1  **Kirtland & Packard LLP**
   Behram V. Parekh (SBN 180361)
2  bvp@kirtlandpackard.com
   1638 South Pacific Coast Highway
3  Redondo Beach, California 90277
   Telephone: (310) 536-1000 Facsimile: (310) 536-1001
4
   **MIGLIACCIO & RATHOD LLP**
5  Jason S. Rathod, *pro hac vice*
   jrathod@classlawdc.com
6  412 H St NE, Suite 302
   Washington DC 20002
7  Telephone: (202) 470-3520

8  *Attorneys for Plaintiff*

9

   UNITED STATES DISTRICT COURT

10
   CENTRAL DISTRICT OF CALIFORNIA
11

12 | B.M. THROUGH HER MOTHER ASHLEY SCOTT, | CASE NO.: 2:19-cv-06851-PA-JEM |
   |---|---|
13 | | **NOTICE OF CLASS SETTLEMENT IN RELATED ACTION AND STIPULATION TO STAY ALL PENDING DEADLINES** |
14 | Plaintiff, | |
15 | v. | |
16 | MUSICAL.LY, INC., et al., | Date: February 10, 2020 |
17 | Defendants. | Time: 1:30 PM<br>Courtroom: 9A, 9th Floor<br>Judge: Hon. Percy Anderson |

- 1 -
NOTICE OF CLASS SETTLEMENT IN RELATED ACTION AND STIPULATION TO
STAY ALL PENDING DEADLINES

WHEREAS, Plaintiff B.M. through her mother Ashley Scott, individually and on behalf of all others similarly situated filed this action on August 7, 2019;

WHEREAS, Plaintiff's action is brought on behalf of herself and a putative class of similarly situated persons;

WHEREAS, this action is related to another action in which a class settlement has been submitted to the court, *T.K. v. Bytedance Tech. Co.*, No. 1:19-cv-07915 (N.D. Ill.), which settlement is likely to resolve the claims of the putative class in this action;

WHEREAS, the parties intend to file a stipulated dismissal of this action with prejudice and are working to finalize that document;

NOW THEREFORE, the parties hereby request through their respective counsel of record that the court stay all pending dates and deadlines in this case for a period of fourteen (14) days.

A proposed Order is attached hereto.

| | |
|---|---|
| Dated: January 21, 2020 | MIGLIACCIO & RATHOD LLP |
| | /s/ *Jason S. Rathod* |
| | Jason S. Rathod |
| | Attorneys for Plaintiff<br>B.M. THROUGH HER MOTHER ASHLEY SCOTT |
| Dated: January 21, 2020 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | /s/*Anthony J Weibell* |
| | Anthony J Weibell |
| | Attorneys for Defendants<br>MUSICAL.LY, INC., et al. |

## **ATTESTATION CLAUSE**

I, Jason S. Rathod, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2020            MIGLIACCIO & RATHOD LLP

/s/ *Jason S. Rathod*
Jason S. Rathod