KIRTLAND & PACKARD LLP
Behram V. Parekh (SBN 180361)
bvp@kirtlandpackard.com
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

MIGLIACCIO & RATHOD LLP
Jason Rathod, pro hac vice
Esfand Nafisi (State Bar No. 320119)
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520

Attorneys for Plaintiffs

WILSON SONSINI GOODRICH & ROSATI, P.C.
Anthony J Weibell, Cal. Bar No. 238850
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. THROUGH HER MOTHER ASHLEY SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>MUSICAL.LY, INC., et al.,<br><br>Defendants. | CASE NO.:  2:19-cv-06851-PA-JEM<br><br>**STIPULATED DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties hereby jointly stipulate that this action is dismissed with prejudice.  All parties are to bear their own costs and fees.

STIPULATED DISMISSAL                         -1-                    CASE NO. 2:19-CV-06851-PA-JEM

The filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 24, 2020        MIGLIACCIO & RATHOD LLP

*/s/ Jason S. Rathod*
Jason S. Rathod

Attorneys for Plaintiff
B.M. THROUGH HER MOTHER ASHLEY SCOTT

Dated: January 24, 2020        WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/*Anthony J Weibell*
Anthony J Weibell

Attorneys for Defendants
MUSICAL.LY, INC., et al.