1  KIRTLAND & PACKARD LLP
   Behram V. Parekh (SBN 180361)
2  bvp@kirtlandpackard.com
   1638 South Pacific Coast Highway
3  Redondo Beach, California 90277
   Telephone: (310) 536-1000
4  Facsimile: (310) 536-1001

5  MIGLIACCIO & RATHOD LLP
   Jason Rathod, pro hac vice
6  Esfand Nafisi (State Bar No. 320119)
   412 H St. NE, Suite 302
7  Washington D.C. 20002
   Telephone: (202) 470-3520
8
   Attorneys for Plaintiffs
9
   WILSON SONSINI GOODRICH & ROSATI, P.C.
10 Anthony J Weibell, Cal. Bar No. 238850
   650 Page Mill Road
11 Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
12 Facsimile:  (650) 565-5100
   Email: aweibell@wsgr.com
13

14                UNITED STATES DISTRICT COURT

15                CENTRAL DISTRICT OF CALIFORNIA

16
17 B.M. THROUGH HER MOTHER          CASE NO.:  2:19-cv-06851-PA-JEM
   ASHLEY SCOTT,
18           Plaintiff,
                                    **STIPULATED DISMISSAL AND**
19       v.
                                    **ORDER**
20 MUSICAL.LY, INC., et al.,

21           Defendants.

22
23
24        Pursuant to Fed. R. Civ. P. 41(a)(1), all parties hereby jointly stipulate that
25 this action is dismissed with prejudice.  All parties are to bear their own costs and
26 fees.
                                    IT IS SO ORDERED
27                                  Dated: January 28, 2020

28                                  _____
                                    United States District Judge

STIPULATED DISMISSAL            -1-            CASE NO. 2:19-CV-06851-PA-JEM

The filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 24, 2020      MIGLIACCIO & RATHOD LLP

*/s/ Jason S. Rathod*
Jason S. Rathod

Attorneys for Plaintiff
B.M. THROUGH HER MOTHER ASHLEY SCOTT

Dated: January 24, 2020      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/*Anthony J Weibell*
Anthony J Weibell

Attorneys for Defendants
MUSICAL.LY, INC., et al.